# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONY E. BRANTLEY, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV 08-100-FHS-KEW |
| MARTY SIRMONS, | ) |
| Respondent. | ) |

## OPINION AND ORDER

Petitioner, an inmate incarcerated within the territorial jurisdiction of the Eastern District of Oklahoma, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, attacking his convictions in Oklahoma County, Oklahoma. After reviewing the record, the court finds that this court and the United States District Court for the Western District of Oklahoma have concurrent jurisdiction to entertain the petition. 28 U.S.C. § 2241(d). However, because petitioner was convicted and sentenced in a state court located in the Western District of Oklahoma, the court finds this matter may be more properly addressed in that district.

Accordingly, the Court Clerk is directed to transfer this matter in the furtherance of justice to the United States District Court for the Western District of Oklahoma. *Id*.

Dated this 17th day of March, 2008.

Frank H. Seay
United States District Judge